166 F.3d 1206
 Procoast navigation
v.
Lloyd Bermuda Lines, Virginia Pineda Urrutia, Thelma Smith
Steer; Virginia Pineda Urrutia, Indifidually, On Behalf of
Estate fo Victor Urrutia, Deceased v. Procaoast Navigation
ltd.; Thelma Smith Steer, individually, On Behalf of Estate
of lawrence Michael Steer, Deceased v. Procoast Navigation
Ltd.; Oscar H. Matute v. Procoast Navigation Ltd., Maritime
Services G.M.B.H.
 NOS. 97-5237, 97-5341
 United States Court of Appeals,
Third Circuit.
 September 17, 1998
 
 1
 Appeal From: D.N.J.
 
 
 2
 Affirmed.